RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org
Attorney for Luis Margado Duran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00069-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (Second Request) |
| LUIS MARGADO DURAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Luis Margado Duran, that the Change of Plea Hearing currently scheduled on September 7, 2023 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to finalize a non-trial disposition.

2. Mr. Duran has obtained his driving permit.

3. Mr. Duran is working towards obtaining his driver's license and needs additional time to complete the driving portion of the exam.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the Change of Plea Hearing.

DATED this 7th day of September 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Imani Dixon*<br>By_____<br>IMANI DIXON<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS MARGADO DURAN,<br><br>        Defendant. | Case No. 2:23-cr-00069-BNW<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to finalize a non-trial disposition.
2. Mr. Duran has obtained his driving permit.
3. Mr. Duran is working towards obtaining his driver's license and needs additional time to complete the driving portion of the exam.
4. The defendant is not in custody and agrees with the need for the continuance.
5. The parties agree to the continuance.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the Change of Plea Hearing currently scheduled for September 7, 2023, be vacated and continued to November 16, 2023 at the hour of 9:30 a.m. in Courtroom 3B

DATED this 11th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE