Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Luis Margado Duran

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00069-BNW-1 |
| Plaintiff, | **UNOPPOSED MOTION FOR RETURN OF PROPERTY**[1] |
| v. | |
| LUIS MARGADO DURAN, | |
| Defendant. | |

Defendant Luis Margado Duran, by and through his attorney of record, Keisha K. Matthews, Assistant Federal Public Defender, moves this Court to

/ / /

/ / /

/ / /

---

[1] This motion is timely filed, no deadline applicable.

order Pre-Trial Services to return Mr. Margado Duran's passport. This motion is based on the following Memorandum of Points and Authorities.

DATED this 27th of November 2023.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                                      */s/ Keisha K. Matthews*
                                      KEISHA K. MATTHEWS
                                      Assistant Federal Public Defender
                                      Attorney for Luis Margado Duran

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On April 24, 2023, Mr. Margado Duran appeared for his initial appearance in the above referenced matter. After the hearing, he reported to Pre-Trial Services where he was required to remit his Mexican Passport pending the outcome of his case. The government has since presented Mr. Margado Duran with a pre-trial diversion offer. The terms of the offer require Mr. Margado Duran to obtain a valid driver's license, pay a fine of $100, stay out of Lake Mead for six-months, and have no adverse contact with law enforcement during the same six-month period. If completed, the government agreed to dismiss the case.

On November 17, 2023, Mr. Margado Duran successfully completed the conditions of his pre-trial diversion agreement, and his case was dismissed. His passport is still in the possession of Pre-Trial Services.

In light of the fact that his case has been dismissed, Mr. Margado Duran respectfully requests this Court order Pre-Trial Services to return his passport without undue delay.

DATED this 27th day of November 2023.

                                                  RENE L. VALLADARES
                                                Federal Public Defender

                                                */s/ Keisha K. Matthews*
                                                KEISHA K. MATTHEWS
                                                Assistant Federal Public Defender
                                                Attorney for Luis Margado Duran

**ORDER**

IT IS THEREFORE ORDERD that Pre-Trial Services shall return Mr. Luis Margado Duran's passport without undue delay.

DATED this __28__ day of November 2023.

_____
UNITED STATES MAGISTRATE JUDGE